FILED
2009 Jul-17 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC MAURICE BABBS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1269-SLB-TMP |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on June 15, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE